IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 4:15CR1 |
| | ) | |
| MARLON MOORE, | ) | |
| *Defendant* | ) | |
| | ) | |

### DEFENDANT'S MOTION TO WITHDRAW AS ATTORNEY

On August 2, 2021,[1] the Court issued an Order appointing the Office of the Federal Public Defender to represent Mr. Moore for purposes of a compassionate release motion pursuant to 18 U.S.C. § 3582(c)(1)(A) [ECF 61].

Upon review of the docket and the office client files, the Office of the Federal Public Defender (OFPD) has determined that representing Mr. Moore in his compassionate release motion would create a conflict with its obligations to existing or former clients. Given the nature of compassionate release motions – specifically the need to argue 18 U.S.C. § 3553 factors – the OFPD would be unable to zealously advocate for Mr. Moore without compromising the interests of prior clients.

Therefore, defense counsel requests the Office of the Federal Public Defender be withdrawn and that conflict-free counsel be appointed.

---

[1] Due to a miscommunication, the Office of the Federal Public Defender was not notified of the appointment until September 16, 2021.

Respectfully Submitted:

MARLON MOORE

By: _____/s/_____
Whitney E.C. Minter
Va. Bar No. 47193
Assistant Federal Public Defender
Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, Virginia  22314
(703) 600-0855
(703) 600-0880 (fax)
whitney_minter@fd.org