# Certificate of Achievement

Presented to

*Marlon Moore*

For Successful Completion of the 10 week
Peer Group First Step Act Program
February 02, 2023
At the
Federal Correction Complex Satellite Camp

_____
CAMP Counselor F. King

# Certificate of Achievement

Presented to

Marlon Moore

For successful completing the

Non-Residential Drug Abuse Program

The Non-Residential Drug Abuse Program is a minimum of 12-14 weeks. The two goals of this program is to foster more individualized and clinically effective treatment and to provide more tools to help the Bureau meet the demand for NR-DAP through the core group and the specialized treatment journals.

August 11, 2022

L. Hardy, Drug Abuse Treatment Specialist

FCC Petersburg, VA -CAMP