Martin Moore - 85296-083
Federal Correctional Complex
Petersburg Camp
P.O. Box 1000
Petersburg, VA 23804



RICHMOND VA 230
31 OCT 2023 PM 5 L

⇔85296-083⇔
Clerk U S Courthouse
600 Granby ST
Room 193
Norfolk, VA 23510-4915
United States

23510-199931